# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| LARINE PETERS, O/B/O<br>BILLY RAY WILLIAMS | CIVIL ACTION NO. 01-0051 |
| -vs- | JUDGE LITTLE |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL SECURITY | |

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the appeal by Larine Peters ("Peters"), on behalf of her minor son Billy Ray Williams ("Williams"), of the final decision of Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), be vacated and remanded to the Commissioner for a determination of whether Williams is disabled as an adult. Peters has not timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, the final decision of the Commissioner with respect to Peters's appeal of the denial of her application for supplemental security income benefits for Williams is VACATED. The case is REMANDED to the Commissioner for further proceedings.

Alexandria, Louisiana

30 March 2006

_____
F.A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1]If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).